WRIGHT, Respondent, vs. SWIFT & COMPANY, Appellant.

APPEAL from a judgment of the municipal court of Outagamie county dated April 9, 1927: THEODORE BERG, Judge.

Personal injuries. Automobile accident. Judgment · for plaintiff, from which defendant appeals.

For the appellant: *Keller & Keller* of Appleton, attorneys, and *Quarles, Spence & Quarles* of Milwaukee, of counsel.

For the respondent: *Bradford & Bradford* of Appleton.

*By the Court.*—Judgment affirmed.

HANSON, Respondent, vs. HANSON and others, Defendants and respondents: PHILLIPSON and others, Appellants.

APPEAL, from a judgment of the circuit court for Lafayette county dated December 29, 1926: S. E. SMALLEY, Judge.

Action to foreclose. Intervention by creditors of some of the defendants. Judgment against intervenors, from which they appeal.

For the appellants: *J. D. Darrow* of Argyle and *John J. Boyle* of Darlington.

For the respondents: *W. A. Loveland* of Monticello, *Conley & Conley* of Darlington, and *Kopp & Brunckhorst* of Platteville.

*By the Court.*—Judgment affirmed.

ZEINERT, Appellant, vs. ZEINERT, Respondent.

APPEAL from a judgment of the county court of Shawano county dated September 25, 1926: F. A. JAECKEL, Judge.

Judgment in favor of plaintiff. Plaintiff appeals from that part of the judgment relating to division of defendant's estate.

For the appellant: *Dillett & Fischer* of Shawano.

For the respondent: *W. D. Haseltine* of Wittenberg, attorney, and *Winter & Winter* of Shawano, of counsel.

*By the Court.*—Judgment affirmed.